**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GERALD A. WEST,** | : | **CIVIL NO. 1:CV-12-1004** |
| **Plaintiff,** | : | |
| | : | **(Judge Kane)** |
| v. | : | |
| | : | |
| **OFFICER SHULTZ, et al.,** | : | |
| **Defendants** | : | |

## ORDER

NOW, THIS 11th DAY OF MARCH, 2014, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** Plaintiff's motion for the appointment of counsel (Doc. No. 67) is **denied without prejudice**.

S/ Yvette Kane
YVETTE KANE, Judge
Middle District of Pennsylvania