IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALD A. WEST,** | : | **CIVIL NO. 1:CV-12-1004** |
| **Plaintiff,** | : | |
| | : | **(Judge Kane)** |
| **v.** | : | |
| | : | |
| **OFFICER SHULTZ, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 24th day of **April 2014,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's motion for leave to supplement the complaint (Doc. No. 66) is **denied**.

2. Defendants' motion to dismiss and for summary judgment (Doc. No. 16) is **granted in part and denied in part**.

3. The motion for summary judgment is **granted with respect to** all <u>Bivens</u> claims, except those identified in the accompanying Memorandum against Defendants Shade and Shultz, on the basis of failure to exhaust. The motion for summary judgment is **also granted with respect to** all claims raised in Administrative Tort Claims #2012-03467 and #2012-05190 on the basis of failure to exhaust. The motion for summary judgment is **denied in all other respects.**

4. The motion to dismiss is **granted only with respect to** the verbal threat claims set forth against Defendant Shade. The motion is **denied in all other respects**.

5. Defendants shall file their answer to the claims remaining in this action within twenty (20) days.

                                            S/ Yvette Kane
                                            YVETTE KANE, District Judge
                                            Middle District of Pennsylvania