IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALD A. WEST,** | : | |
| | : | |
| Plaintiff | : | CIVIL NO. 1:12-cv-01004 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **OFFICER SHULTZ, et al.,** | : | |
| | : | |
| Defendants | : | |

# ORDER

**AND NOW**, this 15th day of December, 2015, upon consideration of Plaintiff's Motion to Compel Discovery (Doc. No. 86), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the Motion (Doc. No. 86) is **DENIED**.

    S/ Yvette Kane
YVETTE KANE
United States District Judge
United States District Court
Middle District of Pennsylvania