```
             UNITED STATES DISTRICT COURT
                      FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

GERALD A. WEST,                  :
                                 :
         Plaintiff               :    No. 1:12-CV-01004
                                 :
    vs.                          :    (Judge Kane)
                                 :
OFFICER SHULTZ, et al.,          :
                                 :
         Defendants              :
```

ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The remaining Defendants' motion to dismiss and/or for summary judgment (Doc. 94) is **GRANTED** as set forth below.

2. Judgment is hereby entered in favor of the the Defendants Shultz, Shade and the United States with respect to the remaining claims and against West.

3. West's motion for partial summary judgment (Doc. 93) is **DENIED.**

4. The Clerk of Court shall **CLOSE** this case.

5. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith.

```
                         S/ Yvette Kane
                         Yvette Kane
                         United States District Judge
```

Date: February 17, 2016