IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD A. WEST, : | |
| Plaintiff : | |
| : | No. 1:12-cv-1004 |
| v. : | |
| : | (Judge Kane) |
| OFFICER SHULTZ, et al., : | |
| Defendants : | |

## ORDER

**AND NOW**, on this 14th day of September 2018, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant Spade's motion for summary judgment (Doc. No. 146), is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendant Spade and against Plaintiff Gerald A. West; and

3. The Clerk of Court is directed to **CLOSE** this case.

<br>

    s/ Yvette Kane
    Yvette Kane, District Judge
    United States District Court
    Middle District of Pennsylvania